IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0332-RPM

GOLDOKHT VAZIRABADI,

v.

W. J. BRADLEY MORTGAGE CAPITAL, LLC,
ANTHONY ROBERSON and
ANDREW SLAWSON,

    Defendants.

_____

## ORDER VACATING SCHEDULING CONFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the Minute Order re-setting the scheduling conference to May 11, 2015, and setting the May 4, 2015, deadline to submit the proposed scheduling order, entered by Magistrate Judge Michael J. Watanabe on April 6, 2015, is vacated.

    DATED: April 8th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge