IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0332-RPM

GOLDOKHT VAZIRABADI,

v.

W. J. BRADLEY MORTGAGE CAPITAL, LLC,
ANTHONY ROBERSON and
ANDREW SLAWSON,

      Defendants.

_____

ORDER DISMISSING DEFENDANTS ANTHONY ROBERSON AND ANDREW
SLAWSON
_____

On April 27, 2015, Defendants Anthony Roberson and Andrew Slawson filed a

Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6).  The plaintiff filed her response on

May 18, 2015, and also filed an amended complaint, attempting to provide factual

support for the claim against the moving defendants for intentional interference with

contractual relationship, the fourth claim for relief, [Docs. 18 and 19].  The allegations of

the amended complaint are not sufficient to state a claim for relief against these

individual defendants.  It is

ORDERED that the fourth claim for relief in the amended complaint against

Anthony Roberson and Andrew Slawson is dismissed.  The claims against Defendant

W. J. Bradley Mortgage Capital, LLC, are not different from the original complaint and

therefore no additional answer is required from that defendant.  The case will proceed to

a scheduling conference.

DATED:     May 26th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge