IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0332-RPM

GOLDOKHT VAZIRABADI,

v.

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

     Defendants.
_____

## ORDER ON MOTIONS
_____

     Upon review of pending motions, it is

     ORDERED that the plaintiff's Motion to Compel Request for Inspection [Doc. 27]

and the Defendant's Motion to Strike Plaintiff's Expert Disclosures [Doc. 26], are denied.

     DATED:   January 4, 2016

                   BY THE COURT:


                   s/Richard P. Matsch
                   _____
                   Richard P. Matsch, Senior Judge