## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00332-RPM

GOLDOKHT VAZIRABADI,

Plaintiff,

v.

W.J. BRADLEY MORTGAGE CAPITAL, LLC,

Defendant.

## PROPOSED AMENDED SCHEDULING ORDER

For good cause shown, the Scheduling Order entered by the Court on July 1, 2015 ("Scheduling Order") (Docket No. 23) is hereby amended as follows:

### 7. CASE PLAN AND SCHEDULE

b.   Discovery Cut-off: January 29, 2016.

The Scheduling Order may be further altered or amended only upon a showing of good cause.

DATED: January 8, 2016

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge