IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00332-RPM

GOLDOKHT VAZIRABADI,

     Plaintiff,

v.

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

     Defendant.
_____

## ORDER DENYING MOTION TO COMPEL
_____

     Upon review of Plaintiff's Motion to Compel Production of Documents [Doc. 36]

and Defendant's response [Doc. 40], it is

     ORDERED that the motion is denied.

     DATED:   February 22nd, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior Judge