IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00332-RPM

GOLDOKHT VAZIRABADI,

    Plaintiff,

v.

W. J. BRADLEY MORTGAGE CAPITAL, LLC,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [Doc. 44], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their attorney's fees and costs.

    DATED: March 25th, 2016

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge